EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
|---|---|
| | 2016 TSPR 244 |
| Carlos J. Nazario Díaz | 196 DPR ____ |

Número del Caso: TS-12,077
              (CP-2013-31)


Fecha: 14 de diciembre de 2016


Abogada de la Parte Peticionaria:

        Lcda. Margarita Carrillo Iturrino


Materia: Reinstalación al ejercicio de la abogacía.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Carlos J. Nazario Díaz

Núm. TS-12,077
(CP-2013-031)

RESOLUCIÓN

En San Juan, Puerto Rico, a 14 de diciembre de 2016.

Examinada la *Urgente Solicitud de Reinstalación al Ejercicio de la Abogacía*, presentada por el Sr. Carlos J. Nazario Díaz, se le reinstala al ejercicio de la abogacía.

Conforme lo dispuesto en *In re Carlos J. Nazario Díaz*, Res. de 20 de julio de 2016, se instruye al Secretario del Tribunal activar la Querella Núm. CP-2013-019.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. La Jueza Asociada señora Pabón Charneco no interviene.

Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo